**Exhibit B-1**
**(Plaintiff's Original Petition)**

4915-4663-3643.1

4/3/2026 4:45 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 113241190
By: Tianni Williams
Filed: 4/6/2026 12:00 AM

CAUSE NO. _____

| | | |
|---|---|---|
| SHAUN RAYMOND CARD and LATOYA EUPHRASIA CAMPBELL, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| THE DOWNTOWN CLUB, INC., F/K/A HOUSTON CENTER CLUB, INC., CLUBCORP HOLDINGS, INC., HOUSE OF BLUES HOUSTON RESTAURANT CORPORATION F/K/A HOUSE OF BLUES HOUSTON, INC., and HOUSE OF BLUES RESTAURANT HOLDING CORPORATION | § § § § § § § § § § | |
| Defendants | § | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS

Plaintiffs SHAUN RAYMOND CARD and LATOYA EUPHRASIA CAMPBELL file

this Original Petition complaining of Defendant THE DOWNTOWN CLUB, INC., F/K/A

HOUSTON CENTER CLUB, INC., Defendant CLUBCORP HOLDINGS, INC., Defendant

HOUSE OF BLUES HOUSTON RESTAURANT CORPORATION F/K/A HOUSE OF

BLUES HOUSTON, INC., and Defendant HOUSE OF BLUES RESTAURANT HOLDING

CORPORATION.

### I.  DISCOVERY CONTROL PLAN

Pursuant to Texas Rule of Civil Procedure 190, Plaintiffs intend to conduct

discovery under Level 3.

### II.  RULE 47 PLEADING REQUIREMENTS

As required by Texas Rule of Civil Procedure 47(b), Plaintiffs' counsel states that

the damages sought are in an amount that are within the jurisdictional limits of this Court.

Certified Document Number: 125975207 - Page 1 of 10

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                                    **Page 1**

As required by Texas Rule of Civil Procedure 47(c), Plaintiffs' counsel states that Plaintiffs seek monetary relief over $1,000,000. However, this pleading is made only as a procedural requirement. The actual amount of monetary relief awarded to Plaintiffs will ultimately be determined by the jury. Plaintiffs also seeks pre-judgment and post-judgment interest at the highest rate permitted by law.

## III.  PARTIES

Plaintiff SHAUN RAYMOND CARD is an individual resident of Fort Bend County, Texas. His driver's license number is *****3410 and his social security number is ***-**-3886.

Plaintiff LATOYA EUPHRASIA CAMPBELL is an individual resident of Harris County, Texas. Her driver's license number is *****4841 and her social security number is ***-**-1323.

Defendant THE DOWNTOWN CLUB, INC., F/K/A HOUSTON CENTER CLUB, INC., is a corporation doing business in Travis County, Texas and may be served with process through its registered agent for service, Corporation Service Company, at 211 E 7th Street, Suite 620, Austin, Texas 78701. Citation is requested at this time.

Defendant CLUBCORP HOLDINGS, INC., is a corporation doing business in Carson City County, Texas and may be served with process through its registered agent for service, Corporation Service Company, at 112 N Curry Street, Carson City, Nevada 89703. Citation is requested at this time.

Defendant HOUSE OF BLUES HOUSTON RESTAURANT CORPORATION F/K/A HOUSE OF BLUES HOUSTON, INC., is a corporation doing business in Collin County, Texas and may be served with process through its registered agent for service,

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                                    **Page 2**

Certified Document Number: 125975207 - Page 2 of 10

Corporate Creations Network Inc., at 2595 N Dallas Parkway, Suite 350, Frisco, Texas 75034. Citation is requested at this time.

Defendant HOUSE OF BLUES RESTAURANT HOLDING CORPORATION is a corporation doing business in New Castle County, Texas and may be served with process through its registered agent for service, Corporate Creations Network Inc., at 1521 Concord Pike, Suite 201, Wilmington, Delaware 19803. Citation is requested at this time.

## IV.  JURISDICTION AND VENUE

This Honorable Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court.  Venue is proper in Harris County, Texas pursuant to the Texas Civil Practice & Remedies Code §15.002 because a Defendant, who is not a natural person, had its principal office in Harris County, Texas at the time Plaintiffs' cause of action accrued.

## V.  FACTS

The incident that makes the basis of this lawsuit arises out of an incident that occurred on January 1, 2025, at a premises called "House of Blues," located at 1204 Caroline Street, Houston, Texas, 77002 ("the premises").  On the date of this incident, Plaintiff SHAUN RAYMOND CARD and Plaintiff LATOYA EUPHRASIA CAMPBELL were "invitees" on the premises as they attended an New Year's Eve event.  Plaintiff SHAUN RAYMOND CARD and Plaintiff LATOYA EUPHRASIA CAMPBELL were sitting at a table in the ballroom.  Suddenly and without any warning, a chandelier fell from the ceiling of the premises and struck and injured both Plaintiffs.  Photos of the chandelier and the ceiling mount where the chandelier had been hanging before it fell are as follows:

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                                        **Page 3**

Certified Document Number: 125975207 - Page 4 of 10



Ceiling Mount



Chandelier after it fell from the ceiling

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                    **Page 4**

On the date of this incident, it is believed that Defendant THE DOWNTOWN CLUB, INC., F/K/A HOUSTON CENTER CLUB, INC., and/or Defendant CLUBCORP HOLDINGS, INC., and/or Defendant HOUSE OF BLUES HOUSTON RESTAURANT CORPORATION F/K/A HOUSE OF BLUES HOUSTON, INC., and/or Defendant HOUSE OF BLUES RESTAURANT HOLDING CORPORATION was the owner, controller, and/or possessor of the premises.

Defendant THE DOWNTOWN CLUB, INC., F/K/A HOUSTON CENTER CLUB, INC., and/or Defendant CLUBCORP HOLDINGS, INC., and/or Defendant HOUSE OF BLUES HOUSTON RESTAURANT CORPORATION F/K/A HOUSE OF BLUES HOUSTON, INC., and/or Defendant HOUSE OF BLUES RESTAURANT HOLDING CORPORATION either knew, or by use of ordinary care, should have known of the existence of the dangerous and/or defective condition that existed on the premises.  This dangerous and/or defective condition posed an unreasonable risk of harm to Plaintiff SHAUN RAYMOND CARD and Plaintiff LATOYA EUPHRASIA CAMPBELL, and such unreasonable risk of harm was foreseeable by Defendants.

As a direct result of the dangerous and/or defective condition on the premises, Plaintiff SHAUN RAYMOND CARD and Plaintiff LATOYA EUPHRASIA CAMPBELL were injured and suffered damages, Plaintiffs continue to suffer with injuries and damages caused by this incident, and Plaintiffs will continue to suffer with injuries and damages caused by this incident for the forseeable future.

Certified Document Number: 125975207 - Page 5 of 10

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                                    **Page 5**

## VI. CAUSES OF ACTION

### A. PREMISES LIABILITY

At the time of the incident, Defendant THE DOWNTOWN CLUB, INC., F/K/A HOUSTON CENTER CLUB, INC., and/or Defendant CLUBCORP HOLDINGS, INC., and/or Defendant HOUSE OF BLUES HOUSTON RESTAURANT CORPORATION F/K/A HOUSE OF BLUES HOUSTON, INC., and/or Defendant HOUSE OF BLUES RESTAURANT HOLDING CORPORATION was the owner, controller, and/or possessor of the premises. As such, Defendants breached their duty to Plaintiffs by one or more of the following:

   a.    Failing to use ordinary care in maintaining the premises in a reasonably safe condition for Plaintiffs;

   b.    Failing to use ordinary care to discover conditions on the premises that posed an unreasonable risk of harm that was foreseeable to Defendants;

   c.    Failing to adequately warn Plaintiffs of the condition that posed an unreasonable risk of harm that was foreseeable to Defendants; and

   d.    Failing to make a condition that posed an unreasonable risk of harm that was foreseeable to Defendants reasonably safe for Plaintiffs.

Each of these foregoing acts and/or omissions, taken together or individually, constitutes negligence. Each act and/or omission was a direct producing and proximate cause of the incident and of the real and actual injuries and damages sustained by Plaintiffs.

## VII. DAMAGES

As a result of Defendant's negligence, Plaintiffs suffered extensive injuries and damages that are within the jurisdictional limits of this court. As a result of Plaintiffs' injuries, Plaintiffs suffered the following damages:

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                                    **Page 6**

Certified Document Number: 125975207 - Page 6 of 10

Certified Document Number: 125975207 - Page 7 of 10

a.   Medical expenses incurred in the past;

b.   Medical care expenses that will be incurred in the future;

c.   Physical pain sustained in the past;

d.   Physical pain that will be sustained in the future;

e.   Physical impairment sustained in the past;

f.   Physical impairment that will be sustained in the future;

g.   Mental anguish sustained in the past;

h.   Mental anguish that will be sustained in the future;

i.   Disfigurement sustained in the past; and

j.   Disfigurement that will be sustained in the future.

## VIII.  REQUIRED DISCLOSURE

Pursuant to Texas Rule of Civil Procedure 194.1(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information or material described in Rule 194.2(b)1-12.  Pursuant to Texas Rule of Civil Procedure 194.2(a), any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## IX.  INTENT TO USE DEFENDANT DOCUMENTS

Take notice that any document produced by any Defendant in response to written discovery will be used by Plaintiffs at any pre-trial proceeding or trial.  The authenticity of such items is self-proven per Texas Rule of Civil Procedure 193.7.

## X.  U.S. LIFE TABLES

Take notice that Plaintiffs intend to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                    **Page 7**

## XI.  JURY TRIAL

Plaintiffs demand a trial by jury and pays the appropriate jury fees.

## XII.  RELIEF

Plaintiffs request that each Defendant be cited to appear and answer this lawsuit, and that upon final hearing, Plaintiffs recover judgment against each Defendant for:

a.  Plaintiffs' medical expenses that were incurred in the past, which were reasonable and necessary for the medical care received by Plaintiffs;

b.  Plaintiffs' medical expenses that will be incurred in the future in an amount to be determined by the jury;

c.  Plaintiffs' physical pain sustained in the past in an amount to be determined by the jury;

d.  Plaintiffs' physical pain that will be sustained in the future in an amount to be determined by the jury;

e.  Plaintiffs' physical impairment sustained in the past in an amount to be determined by the jury;

f.  Plaintiffs' physical impairment that will be sustained in the future in an amount to be determined by the jury;

g.  Plaintiffs' mental anguish sustained in the past in an amount to be determined by the jury;

h.  Plaintiffs' mental anguish that will be sustained in the future in an amount to be determined by the jury;

i.  Plaintiffs' physical disfigurement sustained in the past in an amount to be determined by the jury;

j.  Plaintiffs' physical disfigurement that will be sustained in the future in an amount to be determined by the jury;

k.  Interest on the judgment at the legal rate from the date of judgment;

l.  Pre-judgment interest on Plaintiffs' damages as allowed by law;

m.  All costs of court; and

n.  Such other and further relief, both general and special, legal and equitable, to which Plaintiffs may be justly entitled.

Certified Document Number: 125975207 - Page 8 of 10

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                    **Page 8**

Respectfully submitted,

**HARRIS, NELSEN & UVALLE, PLLC**
5001 Spring Valley Rd., Ste. 240W
Dallas, TX 75244
(888) 817-4074 telephone
(469) 708-0642 facsimile
litigation.service@lawboss.com

**JONATHAN T. HARRIS**
Texas Bar No. 24007323
jonathan.harris@lawboss.com
(281) 962-4767 direct
**IAN P. NELSEN**
Texas Bar No. 24099749
ian.nelsen@lawboss.com
(281) 895-3665 direct

**COUNSEL FOR PLAINTIFFS**

Certified Document Number: 125975207 - Page 9 of 10

**PLAINTIFFS' ORIGINAL PETITION TO DEFENDANTS**                                  **Page 9**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jonathan Harris
Bar No. 24007323
litigation.service@lawboss.com
Envelope ID: 113241190
Filing Code Description: Petition
Filing Description: PLAINTIFFS??? ORIGINAL PETITION TO DEFENDANTS
Status as of 4/6/2026 10:52 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Litigation Service | | litigation.service@lawboss.com | 4/3/2026 4:45:17 PM | NOT SENT |
| Litigation Service | | litigation.service@lawboss.com | 4/3/2026 4:45:17 PM | NOT SENT |
| Jonathan T.Harris | | jonathan.harris@lawboss.com | 4/3/2026 4:45:17 PM | NOT SENT |
| Jonathan T.Harris | | jonathan.harris@lawboss.com | 4/3/2026 4:45:17 PM | NOT SENT |

Certified Document Number: 125975207 - Page 10 of 10



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 13, 2026

Certified Document Number:        125975207 Total Pages:  10

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**